**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 25-1857**

───────────

In re:  JOSEPH THOMAS SMITH, a/k/a Joseph Smith,

    Petitioner.

───────────

On Petition for Writ of Habeas Corpus.

───────────

Submitted:  November 25, 2025                    Decided:  December 1, 2025

───────────

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

───────────

Petition dismissed by unpublished per curiam opinion.

───────────

Joseph Thomas Smith, Petitioner Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Thomas Smith petitions this court for a writ of habeas corpus, asking that the court vacate his 2010 conviction for carjacking resulting in death.  We deny Smith's motions to seal,[*] and we dismiss the petition for lack of jurisdiction.

It is "uniformly" settled that a Court of Appeals has no jurisdiction to entertain a petition for an original writ of habeas corpus.  *Dragenice v. Ridge*, 389 F.3d 92, 100 (4th Cir. 2004); *see* 28 U.S.C. § 2241(a).  Although the All Writs Act permits courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions," 28 U.S.C. § 1651(a), it does not provide an independent basis for jurisdiction here.  *See United States v. Brooks*, 230 F.3d 643, 646 n.3 (3d Cir. 2000).

We therefore dismiss the petition for lack of jurisdiction and decline to transfer it to the district court.  *See* 28 U.S.C. §§ 1631, 2241(b).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*

---

[*] The petition does not contain any sensitive or confidential information.

2